THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROCCO LA FORTUNA, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn Prison, Respondent.

Submitted May 16, 1938; decided May 18, 1938.

*John J. Bennett, Jr.,* Attorney-General (*Everett D. Mereness* of counsel), for motion.

*Rocco La Fortuna,* in person, opposed.

Motion denied with leave to renew on argument of appeal.